IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:11-cr-200-02** |
| **v.** | : | |
| **MELVIN VASQUEZ-ALGARIN** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 24th day of January, 2017, **IT IS HEREBY ORDERED** as follows:

1) The motion filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**.
2) The court declines to grant a certificate of appealability for the reasons set forth in the accompanying memorandum.
3) The clerk of court shall close this file.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge